■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KALVIN HARMON, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [930 NYS2d 522]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.